Benny Montgomery #1589407
Stevenson Unit
1525 fm 766
Cuero, Tx 77954

This document contains some
pages that are of poor quality
at the time of imaging.

80,097-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB __ 2015

Abel Acosta, Clerk
Abel Acosta, Clerk

Dear Clerk,

Please file with the Court of Criminal Appeal my Writ of Mandamus and send me copy of the filing Number. Thank you for your time in this matter.

Respectfully Submitted

Benny Lee. Montgomery
Relator Pro Se.

## IN The Court of Criminal Appeals
## Austin, Texas

Benny Montgomery,
   Relator

   -v-

Ross Bush, County Clerk
In his full official Capacity
   Respondent

## Plaintiffs Original Application For Writ of Mandamus

A. To The Honorable Judge of said court;

Comes Now Benny Montgomery, Relator pro se in the above styled cause of Action files, This original Motion for Writ of Mandamus pursant to Article 11.07 Section (c) of the Texas Code of Criminal Procedure and would show the court the following.

## I.

B. Relator

Benny Montgomery T.D.C.J # 1589407 is an offender incarcerated in The Texas Department of Criminal Justice, And is appearing pro se, who can be located at Stevenson Unit, 1525 FM 766, Cuero, Tx. 77954. Relator has exhausted his remedies and has no other Adequate Remedy at law.

The Act sought to be compelled is ministeral not discretionary in nature. T.C.C.P. 11.07 section 3 (c) requires Respondent to immediately File and transmit to the court A copy to Relator that his original

(1).

Application for writ of Habeas Corpus which hasn't been done to this date January 26, 2015. Relator filed his Habeas Corpus to the Clerk of Court 238th Court Ste. 300 500 N. Lorraine St. in Midland, Texas 79701 on Dec. 3, 2014, to this day nothing has been sent to the Relator, on this matter, no file number nothing. No copy of the application for Writ of Habeas Corpus on date of filing, Nor has the Writ been transmitted to the Court of Criminal Appeals, by Respondent as required by statute, Relator would have recieved notice from the Court of Criminal Appeals.

## II.

C. Respondent Ross Bush in his capacity of District Clerk of Midland County Texas, has a ministerial duty to recieve and file all papers in a criminal proceeding and preform all other duties imposed on the Clerk by law pursant to T.C.C.P. Art. 221 and is responsible under T.C.C.P. 11.07 sec(c) to immediatly transmit to the Court of Criminal Appeals a copy of the Application For Writ of Habeas Corpus, any answers filed and a certificate reciting the date upon which that Courts findings was made if the convicting court decides that there are no issues to be resolved.

## III.

D. Violation of Article 11.07 section 3(c) of the T.C.C.P. by failing to file, Respondent violated this statute. To date Relator has recieved no response from Respondent regarding Relators writ of Habeas Corpus.

(2).

Article 11.07 section 3(c) clearly states That (if The convicting Court decides That There are no issues, The Clerk still must file And transmit The Writ to The Court of Criminal Appeals.

E. PRAYER for Relief; IV.

Wherefore, Premises Considered Relator Benny Montgomery pro se, Respectfully request A finding That Respondent has not done his duty of office and That The Relator has brought this litigation in good faith and has substantially prevailed. He prays for An Order directing Respondent to file his Original Writ of Habeas Corpus to The court and any and all other Relief That this court deems just and proper.

Benny Lee. Montgomery
Relator Pro Se,

Declaration

I hereby declare under penalty of prejury That The foregoing information is true and correct to The best of my Knowledge and belief, And I've sent This to Court of Criminal Appeals in Austin Texas.

Benny Lee. Montgomery
Relator Pro Se,

(3).